# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO: 215-cr-38 |
| | : | |
| BRANDON CONWAY | : | |

## DETENTION ORDER

On December 11, 2015, the Court held a bond hearing on Defendant Conway. At that hearing, a $100,000.00 bond with third party surety and custody of his father, Terry Garner, was entered. Following the hearing, the government filed a motion to Stay Release and Reconsider Bond. A hearing was held on this motion on December 11, 2015.

The court orders that the third party surety be terminated as to Terry Garner. The Court further orders that Defendant Conway be released on a $100,000.00 bond with third party surety and custody of defendant's aunt, Asia Conway Moore. All other conditions of release remain in full force and effect.

SO ORDERED, this 16th day of December, 2015.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA